Civil Action No. **23-cv-01167-LL-BGS**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

This summons for *(name of individual and title, if any)* **Flex Marketing, LLC**
**was received by me on June 23, 2023**

☐ I personally served the Summons in a Civil Action; Complaint; Civil Cover Sheet on the individual at 1776 Broadway, New York, NY 10019 on June 29, 2023 12:15 PM

☐ I left the Summons in a Civil Action; Complaint; Civil Cover Sheet at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action; Complaint; Civil Cover Sheet to Iman Hussain - Employee, Authorized Person, who is designated by law to accept service of process on behalf of **Flex Marketing, LLC at 1776 Broadway, New York, NY 10019** on **June 29, 2023 12:15 PM**

☐ I returned the Summons in a Civil Action; Complaint; Civil Cover Sheet unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $   for services, for a total of $ 184.35

I declare under penalty of perjury that this information is true.

*Server's signature*

Date: 6-29-2023

PHYSICAL DESCRIPTION: Age: 30 Weight: 180 Hair: Dark Brown
Sex: Male Height: 5'11 Eyes: Brown Skin: Brown

**Steven Torres**
*Printed name and title*

**Contracted by**
**110 West C. St, Suite 1211,**
**San Diego, CA 92101**
**(619) 232-7500**
*Server's Address*

A0440-SD143557