Civil Action No. **23-cv-01167-LL-BGS**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1).)*

This summons for *(name of individual and title, if any)* **Michael Held, an individual**
was received by me on **June 23, 2023**

☐ I personally served the Summons in a Civil Action; Complaint; Civil Cover Sheet on the individual at , , on 2:15 PM

☑ I left the Summons in a Civil Action; Complaint; Civil Cover Sheet at the individual's business address, with Iman Hussain - Employee, a person of suitable age and discretion who works there, at 1776 Broadway, New York, NY 10019 on *June 30, 2023 2:15 PM*, and mailed a copy to the individual's business address by first call mail, see attached Declaration of Mailing

☐ I served the Summons in a Civil Action; Complaint; Civil Cover Sheet to , who is designated by law to accept service of process on behalf of on ;or

☐ I returned the Summons in a Civil Action; Complaint; Civil Cover Sheet unexecuted because;

☐ other *(specify):*

My fees are $ .00 for travel and $ for services, for a total of $ 184.35

I declare under penalty of perjury that this information is true.

Date: 7-7-2023

_____
*Server's signature*

PHYSICAL DESCRIPTION: Age: 30 Weight: 180 Hair: Dark Brown Sex: Male Height: 5'11 Eyes: Brown Skin: Brown

**Steven Torres**
*Printed name and title*

**Contracted by**
**110 West C. St, Suite 1211,**
**San Diego, CA 92101**
**(619) 232-7500**
*Server's Address*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Jacob A. Gillick, Esq. SBN: 312336<br>PHG LAW GROUP<br>501 West Broadway Sutie 1480 San Diego, CA 92101 | | |
| TELEPHONE NO.: **(619) 826-8060** | FAX NO.: **(619) 826-8065** | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: **Plaintiff** | | |
| **UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION**<br>STREET ADDRESS: **411 WEST 4TH STREET, ROOM1053**<br>CITY AND ZIP CODE: **SANTA ANA, CA 92701** | | REFERENCE NUMBER:<br>**Tibrio, LLC -v-Flex Marketing, LLC** |
| Plaintiff(s): **Tibrio, LLC**<br>Defendant(s): **Flex Marketing, LLC, et al.** | | |
| **DECLARATION OF DILIGENCE** | | CASE NUMBER:<br>**23-cv-01167-LL-BGS** |

I received the within assignment for filing and/or service on June 23, 2023 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: **Michael Held, an individual**

Documents: **Summons in a Civil Action; Complaint; Civil Cover Sheet**

Address: **1776 Broadway**
**New York, NY 10019**

As enumerated below:

**6/28/2023 -- 10:00 AM** 1776 Broadway
**Business** New York, NY 10019
I was able to get into Flex Marketing located at the address provided. When I arrived there were several men sitting in front of computers. I explained to them the reason I was there. They all refused to talk or accept the papers. Just one guy said that both Michael Held and Paul Lieberman were not there. He asked if I could come back tomorrow. In the meantime he would check to see if he got authorization to accept service.

**6/29/2023 -- 12:15 PM** 1776 Broadway
**Business** New York, NY 10019
I went back today 12:15 p.m. and was only able to serve the documents for the business. When I arrived I spoke to the same gentleman I spoke to yesterday. He said that he got authorization to accept the papers for the business only. I then told him that logic dictates that he got the authorization from either Paul Friedman or Michael Held. He said that he could not give me that information. I told him that we might be back to drop serve on the third attempt. The papers were received and signed for by Iman Hussain with the title of employee. He was a Brown male, brown eyes, dark brown hair, approximately, 5'11", 180lbs., and 30 years of age.

County: **New York**
Registration No.: **2067104**
**Nationwide Legal, LLC**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct. This declaration was executed on 7/7/2023.

Signature: _____
**Steven Torres**

**DECLARATION OF DILIGENCE**

Order#: SD143557A/DilFormat.mdl

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Jacob A. Gillick, Esq., SBN: 312336<br>PHG LAW GROUP<br>501 West Broadway Sutie 1480<br>San Diego, CA 92101<br>TELEPHONE No.: (619) 826-8060  FAX No. (Optional): (619) 826-8065<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | | |
| Ref No. or File No.: Tibrio, LLC -v-Flex Marketing, LLC | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION - SOUTHERN DIVISION | | |
| Petitioner: Tibrio, LLC | | |
| Respondent: Flex Marketing, LLC, et al. | | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 23-cv-01167-LL-BGS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

   a. Date of Mailing:         July 3, 2023
   b. Place of Mailing:        San Diego, CA
   c. Addressed as follows:    Michael Held, an individual
                               1776 Broadway
                               New York, NY 10019

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

Fee for Service: $

**Nationwide Legal, LLC REG: 12-234648**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **July 7, 2023**.

Signature: _____

**JAMIE CORNELL**

**PROOF OF SERVICE BY MAIL**

Order#: SD143557A/mailproof