Jacob A. Gillick, SBN 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>FLEX MARKETING, LLC; MICHAEL HELD, an individual; PAUL LIEBERMAN, an individual; and DOES 1-100, inclusive, <br><br>　　　　　　　Defendants. | Case No. 3:23-cv-01167-LL-BGS <br><br>**ORDER GRANTING JOINT MOTION REGARDING PLAINTIFF'S FILING OF AN AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING** |

Plaintiff Tibrio, LLC ("Tibrio"), by and through its counsel, Jacob A. Gillick, and Defendants Flex Marketing, LLC, Michael Held, and Paul Liberman (collectively "Defendants"), by and through their counsel, Derek A. Newman, agree as follows.

1. Defendant Flex Marketing, LLC was served with the complaint on June 29, 2023, and Defendants Michael Held and Paul Liberman were served with the complaint on June 30, 2023.

2. On July 13, 2023, counsel for the parties had a teleconference about possible resolution of this matter.

3. During this call, Tibrio agreed to file a First Amended Complaint by July 28, 2023.

4. The parties further agreed that Defendants would have until August 25, 2023, to respond to Tibrio's Frist Amended Complaint.

Respectfully submitted,

**PHG Law Group**

Dated: July 19, 2023

*s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@PHGLawGroup.com
Attorneys for Plaintiff

**NEWMAN DU WORS LLP**

Dated: July 19, 2023

By *s/ Derek A. Newman*
Derek A. Newman
dn@newmanlaw.com
Attorneys for Defendants