UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>FLEX MARKETING, LLC;<br>MICHAEL HELD;<br>PAUL LIEBERMAN,<br><br>                       Defendants. | Case No.: 23cv1167-LL-BGS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND COMPLAINT AND CONTINUE TIME TO FILE RESPONSIVE PLEADING**<br><br>[ECF No. 6] |

On July 19, 2023, the parties filed what the Court will construe as a Stipulation to allow Plaintiff to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and a Joint Motion to extend the time for Defendants to answer the prospective amended complaint. ECF No. 6. The Court **GRANTS** the Joint Motion as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

23cv1167-LL-BGS

1.       Plaintiff will file a First Amended Complaint on or before **July 28, 2023**.

2.       Defendants will respond to the First Amended Complaint on or before **August 25, 2023**.

**IT IS SO ORDERED**.

Dated:  July 19, 2023

_____
Honorable Linda Lopez
United States District Judge