1  Derek A. Newman, State Bar No. 190467
   *dn@newmanlaw.com*
2  Lindsey Pierce, State Bar No. 334925
   *lindsey@newmanlaw.com*
3  Newman Du Wors LLP
4  100 Wilshire Boulevard, Suite 700
   Santa Monica, CA 90401
5  Phone: (310) 359-8200
   Facsimile: (310) 359-8190
6
7  Attorneys for Defendant
   Flex Marketing, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, | Case No. 23-cv-01167-LL-BGS |
| Plaintiff, | **NOTICE OF APPEARANCE OF DEREK A. NEWMAN FOR DEFENDANTS** |
| v. | |
| FLEX MARKETING, LLC; MICHAEL HELD, an individual; PAUL LIEBERMAN, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

**To the Clerk of Court and all parties:**

Derek A. Newman of Newman Du Wors LLP appears as attorney of record for Defendants Flex Marketing, LLC, Michael Held, and Paul Lieberman in this action. They reserve all defenses, including lack of personal jurisdiction.

| | |
|---|---|
| Dated: July 20, 2023 | Newman Du Wors LLP |
| | /s/ Derek Newman |
| | Derek A. Newman, No. 190467 |
| | *dn@newmanlaw.com* |
| | Lindsey Pierce, No. 334925 |
| | *lindsey@newmanlaw.com* |
| | Attorneys for Defendants |