Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, State Bar No. 334925
*lindsey@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190

Attorneys for Defendant
Flex Marketing, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FLEX MARKETING, LLC; MICHAEL HELD, an individual; PAUL LIEBERMAN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 23-cv-01167-LL-BGS<br><br>**NOTICE OF APPEARANCE OF LINDSEY PIERCE FOR DEFENDANTS** |

**To the Clerk of Court and all parties:**

Lindsey Pierce of Newman Du Wors LLP appears as attorney of record for Defendants Flex Marketing, LLC, Michael Held, and Paul Lieberman in this action. They reserve all defenses, including lack of personal jurisdiction.

Dated: July 20, 2023

NEWMAN DU WORS LLP

/s/ Lindsey Pierce
Derek A. Newman, No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, No. 334925
*lindsey@newmanlaw.com*

Attorneys for Defendants