Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, State Bar No. 334925
*lindsey@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190

Attorneys for Defendant
Flex Marketing, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLEX MARKETING, LLC; MICHAEL HELD, an individual; PAUL LIEBERMAN, an individual; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 23-cv-01167-LL-BGS<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT, DOCKET NO. 9** |

**To the Clerk of Court:**

Please withdraw Docket No. 9, Notice of Appearance of Lindsey Pierce, filed on July 20, 2023. This document was filed in error using my CM/ECF account.

Dated: July 25, 2023

NEWMAN DU WORS LLP

/s/ Derek Newman
Derek A. Newman, No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, No. 334925
*lindsey@newmanlaw.com*

Attorneys for Defendants