Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, State Bar No. 334925
*lindsey@newmanlaw.com*
Newman Du Wors LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190

Attorneys for Defendant
Flex Marketing, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, ZEETOGROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FLEX MARKETING, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 23-cv-01167-LL-BGS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs Tibrio, LLC and ZeetoGroup LLC, and Defendant Flex Marketing, LLC—under Fed. R. Civ. P. 6(b) and Local Civil Rule 7.2—stipulate and agree to extend the time to respond to Plaintiff's First Amended Complaint (ECF No. 12) to August 30, 2023.

Good cause exists for the agreed extension. Under this Court's Civil Chambers Rules §3(A), a party that contemplates a motion, at least seven days before filing, must discuss thoroughly the matter and any potential resolution with opposing counsel. Due to scheduling conflicts, the parties completed their thorough discussion about Flex's contemplated motion to dismiss on August 23, 2023. So, they request seven additional days for Flex to file its motion.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2023 | NEWMAN DU WORS LLP |
| 2 | | /s/ Lindsey Pierce |
| 3 | | Derek A. Newman, No. 190467 |
| | | *dn@newmanlaw.com* |
| 4 | | Lindsey Pierce, No. 334925 |
| 5 | | *lindsey@newmanlaw.com* |
| 6 | | 100 Wilshire Boulevard, Suite 700 |
| | | Santa Monica, CA 90401 |
| 7 | | Phone: (310) 359-8200 |
| 8 | | Facsimile: (310) 359-8190 |
| 9 | | Attorneys for Defendants |
| 10 | | |
| 11 | Dated: August 24, 2023 | PHG LAW GROUP |
| 12 | | /s/ Jacob Gillick |
| 13 | | Jacob Gillick, No. 312336 |
| | | *jgillick@PHGLawGroup.com* |
| 14 | | 501 West Broadway, Suite 1480 |
| 15 | | San Diego, CA 92101 |
| | | Phone: (619) 826-8060 |
| 16 | | Facsimile: (619) 826-8065 |
| 17 | | |
| 18 | | Attorneys for Plaintiffs |