UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC;<br>ZEETOGROUP LLC,<br><div align="right">Plaintiffs,</div><br>v.<br><br>FLEX MARKETING, LLC,<br><div align="right">Defendant.</div> | Case No.: 23cv1167-LL-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[ECF No. 13] |

On August 13, 2023, the parties filed a Joint Motion for an extension of time for Defendant to respond to Plaintiffs' first amended complaint ("FAC"). ECF No. 13. The current deadline is August 25, 2023. ECF No. 7. For good cause shown, the Court **GRANTS** the Joint Motion. Defendant shall respond to the FAC on or before **<u>August 30, 2023</u>**.

 **IT IS SO ORDERED.**

Dated: August 25, 2023

<div align="right">

_____

Honorable Linda Lopez
United States District Judge

</div>