| | |
|---|---|
| 1 | Derek A. Newman (SBN: 190467) |
| 2 | *derek@newmanlaw.com* |
| | Lindsey Pierce (SBN: 334925) |
| 3 | *lindsey@newmanlaw.com* |
| | NEWMAN LLP |
| 4 | 100 Wilshire Blvd., Suite 700 |
| | Santa Monica, CA 90401 |
| 5 | Telephone:   (310) 359-8200 |
| 6 | Facsimile:   (310) 359-8190 |
| 7 | Counsel for Defendant |
| | Flex Marketing, LLC |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, ZEETOGROUP, LLC, | Case No. 3:23-cv-01167-LL-BGS |
| Plaintiffs, | **DEFENDANT FLEX MARKETING, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | |
| FLEX MARKETING, LLC and DOES 1-100, inclusive., | The Honorable Linda Lopez |
| Defendants. | Hearing Date: October 4, 2023 |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

1
DEFENDANT FLEX MARKETING, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on October 4, 2023, or as soon thereafter as counsel may be heard by the above-entitled court located at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA, 92101, Defendant Flex Marketing, LLC will and hereby does, move for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs Tibrio, LLC's and ZeetoGroup, LLC's First Amended Complaint ("Amended Complaint") (ECF No. 12) without leave to amend on the following grounds: (1) Plaintiffs' claim for copyright infringement fails to state a claim for relief both because they do not allege ownership of copyright registrations for the allegedly infringed works and because they do not allege copying of protectable elements of their allegedly infringed work; and (2) Plaintiffs' claim for unfair competition under California Business and Professions Code section 17200 is preempted by the Copyright Act.

This motion is based upon this Notice of Motion and Motion to Dismiss and the Memorandum of Points and Authorities filed herewith; any facts, documents, or matters for which judicial notice is proper; any other or further papers filed or arguments made in support of the motion; as well as any oral argument presented at the time of the hearing.

Flex Marketing, LLC certifies that prior to filing this motion, it conferred with counsel for Plaintiffs under L.R. 7-3 in a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many of the disputes as possible. The conference of counsel took place on August 23, 2023. This was in addition to a previous conference of counsel on July 13, 2023, in which Flex raised the same issues with respect to Plaintiffs' initial complaint, all of which remain in the Amended Complaint.

Please take notice that Flex Marketing, LLC intends to promptly serve a Rule 11 motion for sanctions against Plaintiffs Tibrio and ZeetoGroup based on positions similar to those described in the attached memorandum of points and authorities. Following service of that Rule 11 motion, should Plaintiffs not withdraw or

otherwise appropriately correct their Amended Complaint within the 21-day safe harbor provided under Rule 11(c)(2), Flex will then file that motion with the Court. Accordingly, Flex requests that the Court defer consideration of this motion to dismiss until it hears the motion for sanctions, should that be necessary.

Dated: August 30, 2023

Respectfully submitted,

NEWMAN LLP

/s/ Lindsey Pierce
Derek A. Newman (SBN: 190467)
*dn@newmanlaw.com*
Lindsey Pierce (SBN: 334925)
*lindsey@newmanlaw.com*

Counsel for Defendant
Flex Marketing, LLC