Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, State Bar No. 334925
*lindsey@newmanlaw.com*
Derek Linke, State Bar No. 302724
*linke@newmanlaw.com*
NEWMAN LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190

Attorneys for Defendant
Flex Marketing, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, ZEETOGROUP, LLC, | Case No. 23-cv-01167-LL-BGS |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DEREK LINKE FOR DEFENDANT FLEX MARKETING, LLC** |
| v. | |
| FLEX MARKETING, LLC; and DOES 1-100, inclusive, | |
| Defendants. | |

**To the Clerk of Court and all parties:**

Derek Linke of Newman LLP appears as attorney of record for Defendant Flex Marketing, LLC in this action. It reserves all defenses, including lack of personal jurisdiction.

Dated: September 13, 2023

NEWMAN LLP

/s/ Derek Linke
Derek A. Newman, No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, No. 334925
*lindsey@newmanlaw.com*
Derek Linke, State Bar No. 302724
*linke@newmanlaw.com*

Attorneys for Defendant