<pre>
Jacob A. Gillick, SBN 312336
jgillick@gillicklegal.com
Gillick Legal, APC
1420 Kettner Blvd. Suite 108
San Diego, CA 92101
Telephone: (619) 250-0656

Attorneys for Plaintiffs Tibrio, LLC and
Zeetogroup, LLC
</pre>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, ZEETOGROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FLEX MARKETING, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-01167-LL-BGS<br><br>**JOINT MOTION FOR AN ORDER UNDER FED. R. CIV. P. 15(a)(2) GRANTING LEAVE FOR FURTHER AMENDMENT OF THE COMPLAINT** |

Plaintiffs Tibrio, LLC and ZeetoGroup, LLC, (collectively, "Plaintiffs") by and through their counsel, Jacob A. Gillick, and Defendant Flex Marketing, LLC, ("Defendant"), by and through its counsel, Lindsey Pierce, agree as follows:

1. On July 28, 2023, Plaintiffs filed a First Amended Complaint against Defendant for copyright infringement pursuant to 17 U.S.C. Chapter 5 and unfair competition pursuant to California Business and Professions Code section 17200 et seq. *See* ECF No. 12.

2. On August 30, 2023, Defendant filed a Motion to Dismiss the First Amended Complaint ("Motion to Dismiss"). *See* EFC No. 15.

3. Following meet and confer efforts, Plaintiffs agreed to file a Second Amended Complaint withdrawing their claim for copyright infringement.
4. Promptly upon the filing of the Second Amended Complaint, Defendant will withdraw the pending Motion to Dismiss as moot, without prejudice.
5. The proposed Second Amended Complaint is attached hereto as Exhibit A.

IT IS SO STIPULATED.

                                                    Respectfully submitted,

                                                    Gillick Legal, APC

Dated: September 20, 2023      By: */s/ Jacob A. Gillick*
                                                    Jacob A. Gillick, Esq.
                                                    JGillick@gillicklegal.com
                                                    Attorneys for Plaintiff

                                                    NEWMAN LLP

Dated: September 20, 2023      By: */s/ Lindsey Pierce*
                                                      Lindsey Pierce
                                                    lindsey@newmanlaw.com
                                                    Attorneys for Defendant