UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC;<br>ZEETOGROUP LLC,<br>　　　　　　　　　　　Plaintiffs,<br>v.<br>FLEX MARKETING, LLC,<br>　　　　　　　　　　　Defendant. | Case No.: 23cv1167-LL-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>[ECF No. 17] |

On September 20, 2023, the parties filed a Joint Motion requesting leave for Plaintiffs to file a second amended complaint ("SAC"). ECF No. 17. For good cause shown, the Court **GRANTS** the Joint Motion as follows:

1. Plaintiffs are granted leave under Federal Rule of Civil Procedure 15(a)(2) to further amend their complaint by filing the proposed SAC attached to the Joint Motion on or before **September 27, 2023**.[1]

///

///

---

[1] The Court notes a typo on Plaintiffs' proposed SAC in the caption section of the first page, where the eliminated copyright cause of action was not removed. *See* ECF No. 17-1 at 1. Plaintiffs shall make the appropriate correction before filing their SAC.

2. Following Plaintiffs' filing of the SAC, Defendant Flex Marketing, LLC shall respond to the Second Amended Complaint within the time provided under Federal Rule of Civil Procedure 15(a)(3).

**IT IS SO ORDERED.**

Dated: September 21, 2023

_____
Honorable Linda Lopez
United States District Judge