1  Jacob A. Gillick, SBN 312336
   jgillick@PHGLawGroup.com
2  PHG Law Group
   501 West Broadway, Suite 1480
3  San Diego, CA 92101
   Telephone: (619) 826-8060
4  Facsimile: (619) 826-8065

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TIBRIO, LLC, ZEETOGROUP, LLC | Case No. 3:23-cv-01167-LL-BGS |
|---|---|
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| FLEX MARKETING, LLC and DOES 1-100, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Tibrio, LLC and ZeetoGroup, LLC make the following substitution of attorney:

Former legal representative: Jacob A. Gillick with PHG Law Group.

New legal representative: Jacob A. Gillick with Gillick Legal APC, 1420 Kettner Boulevard, Suite 108, San Diego, California 92101, 858-250-0656, jgillick@GillickLegal.com.

Tibrio, LLC and ZeetoGroup, LLC consent to this substitution. See attached Consent Order Granting Substitution of Attorney signed by Shayne Cardwell of Tibrio, LLC and ZeetoGroup, LLC attached hereto as Exhibit 1.

**PHG Law Group**

Dated: September 26, 2023
    *s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@PHGLawGroup.com
Attorneys for Plaintiffs

EXHIBIT 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFONRIA

TIBRIO, LLC, et al.
           Plaintiff (s),
V.
FLEX MARKETING, LLC, et al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23-cv-01167-LL-BGS

Notice is hereby given that, subject to approval by the court, __Tibrio, LLC and ZeetoGroup, LLC__ substitutes
(Party (s) Name)

__Jacob A. Gillick__, State Bar No. __312336__ as counsel of record in
(Name of New Attorney)

place of __Jacob A. Gillick__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Gillick Legal APC
    Address: 1420 Kettner Boulevard, Suite 108, San Diego, CA 92101
    Telephone: (858) 250-0656     Facsimile
    E-Mail (Optional): jgillick@GillickLegal.com

I consent to the above substitution.
Date: 9/21/2023
                                    (Signature of Party (s))

I consent to being substituted.
Date: 9/21/2023
Jacob Gillick
*Jacob Gillick*
Jacob Gillick (Sep 26, 2023 13:06 PDT)
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/12/2023
Jacob Gillick
*Jacob Gillick*
Jacob Gillick (Sep 26, 2023 13:06 PDT)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**