# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFONRIA

TIBRIO, LLC, et al.
        Plaintiff(s),
V.
FLEX MARKETING, LLC, et al.
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 23-cv-01167-LL-BGS

Notice is hereby given that, subject to approval by the court, __Tibrio, LLC and ZeetoGroup, LLC__ substitutes
                                                                            (Party (s) Name)

__Jacob A. Gillick__, State Bar No. __312336__ as counsel of record in
        (Name of New Attorney)

place of __Jacob A. Gillick__.
            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gillick Legal APC |
| Address: | 1420 Kettner Boulevard, Suite 108, San Diego, CA 92101 |
| Telephone: | (858) 250-0656        Facsimile |
| E-Mail (Optional): | jgillick@GillickLegal.com |

I consent to the above substitution.
Date:   9/21/2023
                                                                    (Signature of Party (s))

I consent to being substituted.                 Jacob Gillick
Date:   9/21/2023                               *Jacob Gillick*
                                                Jacob Gillick (Sep 26, 2023 13:06 PDT)
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.            Jacob Gillick
Date:   9/12/2023                               *Jacob Gillick*
                                                Jacob Gillick (Sep 26, 2023 13:06 PDT)
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   September 27, 2023
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Doc ID: 50942a033827497dd96ac705b51b1a319198e608