1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   TIBRIO, LLC;                          Case No.:  23cv1167-LL-BGS
     ZEETOGROUP LLC,
12                                         **ORDER TO SHOW CAUSE**
                            Plaintiffs,
13
     v.
14
     FLEX MARKETING, LLC,
15
                            Defendant.
16

17        On September 21, 2023, the Court granted the parties' joint motion requesting leave

18   for Plaintiffs to file a second amended complaint ("SAC") and ordered Plaintiffs to file the

19   SAC by September 27, 2023. ECF No. 18. Plaintiffs filed the SAC one day late, on

20   September 28, 2023. ECF No. 23. Accordingly, the Court **ORDERS** Plaintiffs to show

21   cause why the untimely SAC should not be stricken from the docket. Specifically, Plaintiffs

22   must provide facts establishing good cause and excusable neglect for the late filing

23   pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) or, because this is an amended

24   complaint, why justice requires the Court to "freely give leave" for Plaintiffs to file the

25   / / /

26   / / /

27   / / /

28   / / /

                                            1

SAC pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiffs' response to this Order to Show Cause must be filed on or before **October 4, 2023**.

**IT IS SO ORDERED**.

Dated: September 29, 2023

_____
Honorable Linda Lopez
United States District Judge