Jacob A. Gillick, SBN 312336
jgillick@gillicklegal.com
Gillick Legal, APC
1420 Kettner Blvd. Suite 108
San Diego, CA 92101
Telephone: (858) 250-0656

Attorneys for Plaintiffs Tibrio, LLC and Zeetogroup, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, ZEETOGROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FLEX MARKETING, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-01167-LL-BGS<br><br>**PLAINTIFFS' RESPONSE TO OSC RE: LATE FILED SECOND AMENDED COMPLAINT** |

On September 29, 2023, this Court issued an Order to Show Cause regarding the late filing of Plaintiff's Second Amended Complaint [Dkt. 24]. Jacob Gillick, counsel for Plaintiff, sincerely apologizes for this mistake. Mr. Gillick recently left his law practice, PHG Law Group, to establish his own solo practice, Gillick Legal. During the transition, Mr. Gillick temporarily lost access to the resources he had used to prevent deadlines from being missed. Regrettably, Mr. Gillick did not see the Order from this Court and therefore did not calendar the deadline. It was not until the Reply to the Motion to Dismiss was filed that he realized his mistake. Once Mr. Gillick reviewed the Reply, he worked immediately

1

with his paralegal to make sure the Second Amended Complaint was filed shortly thereafter. Further, Gillick Legal has established a process to prevent orders and deadlines from ever being missed again. Mr. Gillick is embarrassed by this mistake and seeks the Court's understanding.

It is also Gillick Legal's position that Defendant will not suffer any prejudice from the one-day delayed filing of the Second Amended Complaint. Defendant has had possession of the Second Amended Complaint since September 19, 2023, shortly before the Court granted the joint motion for leave to file the pleading. Mr. Gillick will work with Defendant's counsel in good faith on any issues this mistake may have caused.

Again, Mr. Gillick sincerely apologizes for missing this deadline during his transition to a solo practice. Gillick Legal has implemented procedures to prevent this type of thing from happening again. Plaintiff requests that the Second Amended Complaint not be stricken from the docket and this matter be allowed to move forward.

Dated: October 3, 2023

Respectfully submitted,

Gillick Legal, APC
By: */s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
JGillick@gillicklegal.com
Attorneys for Plaintiff