# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC; ZEETOGROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FLEX MARKETING, LLC,<br><br>Defendant. | Case No.: 23cv1167-LL-BGS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON SEPTEMBER 29, 2023** |

On September 28, 2023, Plaintiffs filed their second amended complaint ("SAC") one day late. ECF Nos. 18, 23. Subsequently, the Court issued an Order to Plaintiffs to show cause why the untimely SAC should not be stricken from the docket. ECF No. 24. Plaintiffs timely filed their Response to the Order to Show Cause ("OSC") on October 3, 2023. ECF No. 25. Having reviewed the Response, the Court declines to strike

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

the SAC and DISCHARGES the OSC. Additionally, the Court extends the time for Defendant to respond to the SAC to **October 19, 2023**.

**IT IS SO ORDERED**.

Dated: October 5, 2023

Honorable Linda Lopez
United States District Judge