1 Derek A. Newman (SBN: 190467)
*dn@newmanlaw.com*
2 Lindsey Pierce (SBN: 334925)
*lindsey@newmanlaw.com*
3 Derek Linke, (SBN: 302724)
4 *linke@newmanlaw.com*
NEWMAN LLP
5 100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
6 Telephone: (310) 917-1000
7 Facsimile: (310) 917-1001

8 Counsel for Defendant
Flex Marketing, LLC
9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, ZEETOGROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FLEX MARKETING, LLC and DOES 1-100, inclusive., <br><br> Defendants. | Case No. 3:23-cv-01167-LL-BGS <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT FLEX MARKETING, LLC'S MOTION TO DISMISS, ECF NO. 15** <br><br> The Honorable Linda Lopez |

| | |
|---|---|
| 1 | **To:** The Court |
| 2 | **And to:** All Parties of Record |

Please take notice, under Civil Local Rule 7.1.g.1, that Defendant Flex Marketing, LLC withdraws its Motion to Dismiss Plaintiffs' First Amended Complaint. ECF No. 15. Now that the Court has allowed Plaintiffs to file their Second Amended Complaint, *see* ECF No. 26, Flex's Motion to Dismiss is now moot with respect to Plaintiffs' copyright-infringement claim, which is not included in the Second Amended Complaint. This withdrawal is without prejudice, and Flex reserves the right to file a motion to dismiss the Second Amended Complaint.

Dated: October 5, 2023

Respectfully submitted,

NEWMAN LLP

/s/ Lindsey Pierce
Derek A. Newman (SBN: 190467)
*dn@newmanlaw.com*
Lindsey Pierce (SBN: 334925)
*lindsey@newmanlaw.com*
Derek Linke (SBN: 302724)
*linke@newmanlaw.com*

Counsel for Defendant
Flex Marketing, LLC