Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, State Bar No. 334925
*lindsey@newmanlaw.com*
Derek Linke, State Bar No. 302724
*linke@newmanlaw.com*
Newman LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 917-1000
Facsimile: (310) 917-1001

Attorneys for Defendant
Flex Marketing, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLEX MARKETING, LLC and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 23-cv-01167-LL-BGS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

　　　Plaintiff Tibrio, LLC and Defendant Flex Marketing, LLC—under Fed. R. Civ. P. 6(b) and Local Civil Rule 7.2—stipulate and agree to extend the time to respond to Plaintiff's Fourth Amended Complaint (ECF No. 37) to December 27, 2023.

　　　Good cause exists for the agreed extension. Under this Court's Civil Chambers Rules §3(A), the parties must meet at least seven days before filing a noticed motion to discuss the substance of the motion and any potential resolution. Due to scheduling conflicts, the parties will meet to discuss Flex's contemplated motion to dismiss on December 20, 2023. So, they request five additional days for Flex to file its motion.

Respectfully submitted,

Dated: December 15, 2023

Newman LLP

/s/ Lindsey Pierce
Derek A. Newman, No. 190467
*dn@newmanlaw.com*
Lindsey Pierce, No. 334925
*lindsey@newmanlaw.com*
Derek Linke, State Bar No. 302724
*linke@newmanlaw.com*
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 917-1000
Facsimile: (310) 917-1001

Attorneys for Defendant

Dated: December 15, 2023

PHG Law Group

/s/ Jacob Gillick
Jacob Gillick, No. 312336
*jgillick@PHGLawGroup.com*
501 West Broadway, Suite 1480
San Diego, CA 92101
Phone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Plaintiff