UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TIBRIO, LLC, | Case No.: 23cv1167-LL-BGS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT** |
| FLEX MARKETING, LLC, | |
| Defendant. | |
| | [ECF No. 38] |

On December 15, 2023, the parties filed a Joint Motion for an extension of time for Defendant to respond to Plaintiff's fourth amended complaint. ECF No. 38. The current deadline is December 22, 2023. *See* Fed. R. Civ. P. 15(a)(3). For good cause shown, the Court **GRANTS** the Joint Motion. Defendant shall respond to the fourth amended complaint on or before **December 27, 2023**.

**IT IS SO ORDERED.**

Dated: December 18, 2023

Honorable Linda Lopez
United States District Judge