Derek A. Newman (SBN: 190467)
*dn@newmanlaw.com*
Lindsey Pierce (SBN: 334925)
*lindsey@newmanlaw.com*
Derek Linke (SBN: 302724)
*linke@newmanlaw.com*
NEWMAN LLP
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone:  (310) 359-8200
Facsimile:  (310) 359-8190

Counsel for Defendant
Flex Marketing, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLEX MARKETING, LLC and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 3:23-cv-01167-LL-BGS<br><br>**DEFENDANT FLEX MARKETING, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF TIBRIO, LLC'S FOURTH AMENDED COMPLAINT**<br><br>The Honorable Linda Lopez<br><br>Hearing Date: January 31, 2024<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that on January 31, 2024, or as soon thereafter as |
| 2 | counsel may be heard by the above-entitled court located at the Edward J. Schwartz |
| 3 | United States Courthouse, 221 West Broadway, San Diego, CA, 92101, Defendant |
| 4 | Flex Marketing, LLC will and hereby does, move for an order under Rule 12(b)(6) |
| 5 | of the Federal Rules of Civil Procedure dismissing Plaintiff Tibrio, LLC's Fourth |
| 6 | Amended Complaint (ECF No. 37) without leave to amend on the following |
| 7 | grounds: (1) Plaintiff's state-law claims for negligent and intentional interference |
| 8 | with prospective economic advantage are preempted by the Copyright Act; and |
| 9 | (2) Plaintiff's complaint fails to plead sufficient facts to demonstrate any of the |
| 10 | required elements of either claim. |
| 11 | This motion is based upon this Notice of Motion and Motion to Dismiss and |
| 12 | attached Memorandum of Points and Authorities; any facts, documents, or matters |
| 13 | for which judicial notice is proper; any other or further papers filed or arguments |
| 14 | made in support of the motion; as well as any oral argument presented at the time |
| 15 | of the hearing. |
| 16 | Counsel for Flex Marketing, LLC certifies that prior to filing this motion, they |
| 17 | conferred with counsel for Plaintiff under L.R. 7-3 in a good-faith effort to eliminate |
| 18 | the necessity for hearing the motion or to eliminate as many of the disputes as |
| 19 | possible. The conference took place on December 20, 2023, in which Plaintiff and |
| 20 | Defendant discussed the substance of this motion, and Defendant urged Plaintiff to |
| 21 | withdraw its claims. |

Dated: December 27, 2023

Respectfully submitted,

NEWMAN LLP

/s/ Derek Linke
Derek A. Newman (SBN: 190467)
*dn@newmanlaw.com*
Lindsey Pierce (SBN: 334925)

*lindsey@newmanlaw.com*
Derek Linke (SBN: 302724)
*linke@newmanlaw.com*

Counsel for Defendant
Flex Marketing, LLC