| | |
|---|---|
| 1 | Jacob A. Gillick, SBN 312336 |
| 2 | Jgillick@gillicklegal.com |
| | Gillick Legal, APC |
| 3 | 1420 Kettner Blvd. Suite 108 |
| | San Diego, CA 92101 |
| 4 | Telephone: (858) 250-0656 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC | Case No. 3:23-cv-01167-LL-BGS |
| Plaintiff, | **DECLARATION OF JACOB A. GILLICK IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANT FLEX MARKETING, LLC** |
| v. | |
| FLEX MARKETING, LLC and DOES 1-100, inclusive, | |
| Defendants. | The Honorable Linda Lopez<br>Hearing Date: January 31, 2024 |

I, Jacob A. Gillick, declare as follows:

1. I am an attorney licensed to practice in the State of California and am the founder of Gillick Legal, APC. I am counsel of record for Plaintiff Tibrio, LLC and I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration.

2. On December 13, 2023, I received an e-mail from Lindsey Pierce with Newman Law, representing Defendant Flex Marketing, requesting a meet and confer call. Flex detailed two different arguments it wished to discuss on top of threatening sanctions. A true and correct copy of the e-mail is attached hereto as "Exhibit 1."

3. Shortly after receiving this e-mail, I spoke with Derek Newman from Defendant's counsel. We discussed the two issues Flex had with the Fourth Amended Complaint. I then stated

1

DECLARATION OF JACOB A. GILLICK  3:23-CV-01167-LL-BGS

I could clear up any issues with an amendment and requested a joint motion. In response, Mr. Newman stated that he would rather file the motion so he could have me sanctioned for filing so many amended complaints even though they were done through joint motions and leave granted by this Court.

4. Mr. Newman attempted to bully me personally into dropping the lawsuit. I told him I would not be bullied and the call was terminated shortly thereafter. I believe that Mr. Newman has taken the route he has taken to harm me personally for some reason and charge his client unnecessary legal fees. Further, I do not believe the meet and confer was done in good faith as the Motion to dismiss filed by Flex contains numerous arguments not discussed during the meet and confer call.

          Respectfully submitted,

          **Gillick Legal, APC**

Dated: January 17, 2024        */s/ Jacob A. Gillick*
          Jacob A. Gillick, Esq.
          jgillick@gillicklegal.com
          Attorneys for Plaintiff