

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tibrio, LLC | Civil Action No. 23-cv-01167-LL-BGS |
| Plaintiff, | |
| V. | |
| Flex Marketing, LLC; Does 1-100 inclusive | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Fourth Amended Complaint (ECF No. 37) is DISMISSED WITH PREJUDICE. Case is closed.

Date: 3/29/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D.Frank

D.Frank, Deputy